**FILED**

10/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0635

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0635

_____

MONTANA ASSOCIATION OF COUNTIES
(MACO), MICHAEL MCGINLEY, and
DAVID STROHMAIER,

     Petitioners,

  v.

                              O R D E R

STATE OF MONTANA, and MONTANA
DEPARTMENT OF REVENUE,

     Respondents.

_____

Petitioners Montana Association of Counties (MACo), Michael McGinley, and David Strohmaier seek declaratory judgment on original jurisdiction under M. R. App. P. 14(4). Petitioners argue they are entitled to declaratory judgment that declares: (1) under § 15-10-420, MCA, the Montana Department of Revenue (DOR) must calculate the statewide levies codified in §§ 20-9-331, -333, -360, and 25-439, MCA, in accordance with § 15-10-420(1)(a), MCA; (2) § 15-10-420, MCA, does not permit DOR to force counties to levy more or less than the calculated mills; and (3) § 15-10-420, MCA, does not permit DOR to carry forward mills to future years.

Having reviewed the Petition, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that Respondents are granted until the close of business on Monday, November 6, 2023, to prepare, file, and serve a response(s) to the petition for declaratory judgment on original jurisdiction.

The Clerk is directed to provide notice of this Order to counsel for all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 27 2023